# United States Bankruptcy Court

**TUCSON DIVISION**
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500



District of Arizona

**PHOENIX HEADQUARTERS**
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

**YUMA DIVISION**
John M. Roll Courthouse
98 W. 1st Street, Suite 270
Yuma, AZ 85364
800-556-9230

FILED
MAY 28 2019
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## CREDITOR CHANGE OF ADDRESS

Case No.: 2:19-bk-03344-EPB    Chapter: 43

Case Name: Smartcomm License Services, LLC

**Creditor Name:** Kenton Nelson

**NEW Mailing Address:** 2114 Main St.
Street Address/P.O. Box Number

Ste. 100, # 330
Suite/Apartment Number

Vancouver    WA    98660
City    State    Zip Code

**OLD Mailing Address:** P.O. Box 1707
Street Address/P.O. Box Number

Suite/Apartment Number

Prineville,    OR    97754
City    State    Zip Code

**Creditor Signature:** [signature]    5-23-19
Date

CreditorAddChng/2/14