United States Bankruptcy Court



**TUCSON DIVISION**
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500

District of Arizona

**PHOENIX HEADQUARTERS**
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

**YUMA DIVISION**
John M. Roll Courthouse
98 W. 1st Street, Suite 270
Yuma, AZ 85364
800-556-9230



FILED JUL 20 2020
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

## CREDITOR CHANGE OF ADDRESS

Case No.: 2:19-bk-03344-EPB  Chapter: 7

Case Name: Smartcomm License Services, LLC,

**Creditor Name:** Vincent Tocco (Tocco Wireless, LLC)

**NEW Mailing Address:** 1420 E Bethany Home #21
Street Address/P.O. Box Number
APT 21
Suite/Apartment Number
Phoenix   AZ 85014
City   State   Zip Code

**OLD Mailing Address:** 2030 W Baseline Rd
Street Address/P.O. Box Number

Suite/Apartment Number
Phoenix   AZ 85041
City   State   Zip Code

**Creditor Signature:** /s/ Vincent Tocco   7-16-2020
Date

CreditorAddChng/2/14